PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: James E. Webb     Case Number: 3:05-00094-01

Name of Judicial Officer: The Honorable Aleta A. Trauger, U. S. District Judge

Date of Original Sentence: January 26, 2006

Original Offense: False Claims to the Internal Revenue Service, in violation of 18 U.S.C. § 287.

Original Sentence: 51months' custody and 3 years' supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: August 4, 2009

Assistant U.S. Attorney: Jimmie Lynn Ramsaur     Defense Attorney: Jude Lenahan, AFPD

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allow to Terminate Owing Restitution**

Considered this 9th day of July, 2012, and made a part of the records in the above case.

_____
U. S. District Judge
Honorable Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Supervisory U.S. Probation Officer
Vidette A. Putman

Place: Nashville, Tennessee

Date: July 6, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Non Compliance |
|---|---|
| 1. | **The defendant shall pay restitution in the amount of $80,295, payable to the Internal Revenue Service.** |

Mr. Webb was ordered by the Court to make restitution in the amount of $80,295. To date, he has paid $6,228.22.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Webb is being supervised by the U.S. Probation Office in the Western District of Louisiana (Shreveport). According to that office, Mr. Webb has been generally compliant and to date has paid $6,228.22 in restitution. The balance remaining is $71,959.96. The defendant has made a good faith effort to satisfy the restitution obligation and it is their opinion that his term of supervised release should be allowed to terminate with restitution outstanding. He is scheduled to terminate on August 3, 2012.

Mr. Webb is a self-employed contractor who estimates his net salary for July 2012 to be approximately $1,100. In addition, Mr. Webb estimates he will receive approximately $1,177 on a monthly basis from the Social Security Administration beginning November 2012.

**U.S. Probation Officer Recommendation:**

The probation office is requesting that the Court allow Mr. Webb to terminate supervised release as scheduled on August 3, 2012, still owing restitution. The offender is still willing to make payments after termination of supervised release. Mr. Webb completed a Financial Statement of Debtor for submission to the Financial Litigation Unit of the U.S. Attorney's Office. The Financial Litigation Unit will still have the authority to track Mr. Webb's payments and take whatever legal action to collect the payment.

The U. S. Attorney's Office has been notified and concurs with probation's recommendation.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer